

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00413-CV

**BILL SEMMLER AS REPRESENTATIVE OF MARYNELL SEMMLER,**
Appellants

v.

John R. **LANDER** and Kimberly Lander,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-09-0838-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on August 6, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 6, 2018. On September 6, 2018, the appellant filed a motion requesting an additional extension of time to file the brief until October 6, 2018,[1] for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by October 8, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] We note October 6, 2018 is a Saturday.